# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JAMES HERBERT, EXECUTOR OF THE ESTATE OF VINCENT W. GATTO, SR., DECEASED,

        Petitioner

        v.

AMERICAN BILTRITE AND ITS DIVISION AMTICO; AZROCK INDUSTRIES, INC.; CERTAINTEED CORPORATION; DAVIS FETCH CORPORATION OF PENNSYLVANIA; EGGERS INDUSTRIES; GEORGIA PACIFIC CORPORATION; H.B.FULLER COMPANY; HAJOCA CORPORATION; KAISER GYPSUM COMPANY, INC.; UNION CARBIDE CORPORATION AND ITS LINDE DIVISION; WEYERHAEUSER COMPANY,

        Respondents

: No. 61 WAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.